**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Robert Patrick Ruggeri,                     Case No.  21-11290-EPK
                                                   Chapter 7

                Debtor.

_____/

## TRUSTEE'S EX-PARTE APPLICATION TO EMPLOY AUCTIONEER RETROACTIVE TO MAY 18, 2021

The Chapter 7 Trustee, Chad S. Paiva ("Trustee"), pursuant to 11 U.S.C. §327(a) and Local Rule 6005-1 files this application for entry of an Order approving the employment of Auction America, Inc. ("Auctioneer") retroactive to May 18, 2021, subject to the terms and conditions set forth herein, relative to a proposed online timed auction sale of 2009 Yamaha XVS 950 motorcycle, VIN: JYAVN01E29A006211 ("Motorcycle"), and states:

1. This case was commenced by the filing of a voluntary chapter 7 petition by the Debtor on February 10, 2021.

2. The Debtor scheduled the Motorcycle as an asset on Schedule B which is property of the estate, and which the Debtor has turned over to the Trustee for liquidation.

3. The Trustee believes that the highest and best value for the Motorcycle will be generated through an online timed auction sale, and that an online timed auction sale is in the best interest of the estate.

4. As set forth on the Affidavit of Auctioneer attached hereto as Exhibit "A", the proposed Auctioneer is disinterested within the meaning of 11 U.S.C. §101(14) and §327(a).

5. The Auctioneer compensation will be a 10% buyer's premium which is the standard method of compensation in this Court

1

6.      The Auctioneer has agreed to limit auction expenses to $350.00.   The expenses will be reimbursed to the auctioneer from the sale proceeds of the Motorcycle.

7.      The Trustee believes that the retention of the Auctioneer is in the best interest of the estate as the terms upon which he has agreed to handle this sale are the terms which are common throughout this district.

8.      Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes Chapter 468.381 et seg. In addition, Auctioneer has posted a Fiduciary and Faithful Performance Bond or Surety Bond in the amount of $100,000.00 which is in an amount greater than the revenues expected to be generated by the auction of the Vehicle. The blanket bond was issued by a surety company approved by the Department of the Treasury.  The bond is in favor of the United States of American and the original bond has been forwarded to the United States Trustee. A true and correct copy of the Auctioneer's licenses and bonds are attached hereto as Exhibit "B".   The Auctioneer is also insured to cover lost, stolen, and/or damaged property.

9.      Trustee will serve copies of the Order granting this motion as required by Bankruptcy Rule 6004 and Bankruptcy Rule 2002(a)(2) and (c)(1) and Local Rule 6005-1(E).

10.      Upon completion of the auction, the Auctioneer will file a report summarizing the results of the auction and stating the fees and expenses which will be paid to Auctioneer in accordance with the Order approving the retention.   The report shall be served only on the U.S. Trustee, the trustee and any other interested party who specifically requests a copy.  The fees and expenses will be paid without the necessity of further notice or hearing unless any party in interest files an objection within ten (10) days from the filing of the report.

11.     Attached hereto as Exhibit "C" is a true and correct copy of the *Ex Parte* Order approving the employment of the Auctioneer the Trustee is submitting to the Court upon the filing of this Application.

12.     The Trustee is seeking employment of the Auctioneer retroactive to May 18, 2021 so that this Application, and the Notice scheduling the online timed auction sale of the Motorcycle can be mailed out to all creditors and interested parties at the same time thereby saving the estate additional postage expense.

**WHEREFORE**, the Trustee requests that this Court enter an Order approving the employment of the Auctioneer on the terms and conditions set forth herein retroactive to May 18, 2021, and for such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the parties listed below in the manner indicated on this the 18th day of May 2021.

Chad S. Paiva, Trustee

By: /s/ Chad S. Paiva
Chad S Paiva, Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561.762.4118
E: trustee.paiva@gmail.com

**Via CM/ECF:**

- Office of the US Trustee
- Dana L. Kaplan, Esq.
- Wanda D. Murray, Esq.

USTPRegion21.MM.ECF@usdoj.gov
dana@kelleylawoffice.com
wmurray@aldridgepite.com

**U. S. Mail Notice:**

**The Debtor, creditors, and all interested parties set forth on the Court's Official Mailing Matrix attached hereto.**

Label Matrix for local noticing
113C-9
Case 21-11290-EPK
Southern District of Florida
West Palm Beach
Mon May 17 15:19:35 EDT 2021

Wells Fargo Bank, N.A.
c/o Wanda D. Murray
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1623

American Express
Business Gold
P.O. Box 650448
Dallas, TX 75265-0448

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Carbon Limestone Landfill - 5076
Republic Services
P.O. Box 932899
Cleveland, OH 44193-0025

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Dean L. Schumm, C.P.A., P.A.
1172 SW 30th Street #4
Palm City, FL 34990-2996

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Joyce Ruggeri
4259 Mallard Creek Trail
Palm City, FL 34990-2519

Michael Thomas
c/o Ciklin Lubitz,=
515 N. Flagler Drive, 20th Floor
Attn: Jonathan Butler, Esq.
West Palm Beach, FL 33401-4330

Michael Thomas
c/o Mrachek Law
505 S. Flagler Drive
Suite 600
West Palm Beach 33401-5945

Mrachek, Fitzgerald, Rose,
Konopka, Thomas & Weiss, P.A.
Mrachek Law
505 S. Flagler Drive, Suite 600
West Palm Beach 33401-5945

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Wells Fargo Home Mortgage (WFHM)
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306-0335

World Omni Financial Corp.
Attn: Bankruptcy
Po Box 991817
Mobile, AL 36691-8817

Chad S. Paiva
6526 S. Kanner Highway, #376
Stuart, FL 34997-6396

Dana L Kaplan
1665 Palm Beach Lakes Blvd #1000
W Palm Beach, FL 33401-2109

Robert Patrick Ruggeri
1940 SW Sunset Trl.
Palm City, FL 34990-3213

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re: Robert Patrick Ruggeri,                    Case No.  21-11290-EPK
                                                  Chapter 7
           Debtor.

_____/

## AFFIDAVIT OF AUCTIONEER

STATE OF FLORIDA

COUNTY OF PALM BEACH

   BEFORE ME, the undersigned authority, this date personally appeared STAN L. CROOKS of Auction America, Inc., who being first duly sworn under oath, deposes and states:

   1.     That I am an Auctioneer with, and am the president of Auction America, Inc. located at 9645 Lantana Rd, Lake Worth, FL 33467.  I am over the age of eighteen (18) and am authorized to make this declaration on behalf of the corporation in accordance with Bankruptcy Rule 2014 and Local Rule 6005-1.

   2.     That neither I, nor Auction America, Inc., nor any of its officers or directors have any connection to the debtor, the debtors' estate, the trustee or the U.S. trustee, and that same are disinterested persons within the meaning of 11 U.S.C. §327(a).

   3.     That Auction America, Inc. is duly licensed as an auctioneer and covered by the Florida Auctioneer Recovery Fund and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes §468.381 et seq or §468.387 for out-of-state auctioneers and Local rule 6005-1(B).   True copies of said license and bond are

1


Exhibit "A"

attached hereto.

4.    That in addition to the foregoing, I have attached hereto a copy of a Fiduciary and Faithful Performance (or Surety) Bond in the amount of $100,000.00 [an amount greater than the revenues expected to be generated by the auction of the property].   The bonds are issued by a surety company approved by the Department of the Treasury and in favor of the United States of America.

5.    That I have read the application of the trustee regarding the retention and compensation of Auction America, Inc. and agree to be bound by the terms and conditions represented therein.

6.    The property subject to this proposed auction will not be sold together with any non-bankruptcy property.

7.    That I further understand that the court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

By: _____
        (Signature)

        _____
        (Print Name)

The foregoing instrument was sworn to and subscribed before me this 17th day of May, 2021 by Stan L. Crooks who is personally known to me _____ or who has presented the following identification _____.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

RUTH A STURTEVANT
MY COMMISSION #GG972852
EXPIRES: MAR 24, 2024
Bonded through 1st State Insurance

3



ANNE M. GANNON
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*

Serving *you.*

P.O. Box 3353, West Palm Beach, FL 33402-3353
www.pbctax.com Tel: (561) 355-2264

**LOCATED AT**

1696 OLD OKEECHOBEE RD STE 2H
WEST PALM BEACH, FL 33409

| TYPE OF BUSINESS | OWNER | CERTIFICATION # | RECEIPT #/DATE PAID | AMT PAID | BILL # |
|---|---|---|---|---|---|
| 81-0499 AUCTION BUSINESS | CROOKS STAN | AB1298 | B20.529790 - 07/13/20 | $33.00 | B40125428 |

This document is valid only when receipted by the Tax Collector's Office.



11
6 - 3402

AUCTION AMERICA INC
AUCTION AMERICA INC
9645 LANTANA RD
LAKE WORTH FL 33467-6114

**STATE OF FLORIDA**
**PALM BEACH COUNTY**
**2020/2021 LOCAL BUSINESS TAX RECEIPT**

**LBTR Number: 200818131**
**EXPIRES: SEPTEMBER 30, 2021**

This receipt grants the privilege of engaging in or managing any business profession or occupation within its jurisdiction and MUST be conspicuously displayed at the place of business and in such a manner as to be open to the view of the public.

---



ANNE M. GANNON
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*

Serving *you.*

P.O. Box 3353, West Palm Beach, FL 33402-3353
www.pbctax.com Tel: (561) 355-2264

**LOCATED AT**

1696 OLD OKEECHOBEE RD STE 2H
WEST PALM BEACH, FL 33409

| TYPE OF BUSINESS | OWNER | CERTIFICATION # | RECEIPT #/DATE PAID | AMT PAID | BILL # |
|---|---|---|---|---|---|
| 56-0036 AUCTIONEER | CROOKS STAN | AU1794 | B20.529711 - 07/13/20 | $33.00 | B40102966 |

This document is valid only when receipted by the Tax Collector's Office.

11
6 - 3440

AUCTION AMERICA INC
AUCTION AMERICA INC
9645 LANTANA RD
LAKE WORTH FL 33467-6114

**STATE OF FLORIDA**
**PALM BEACH COUNTY**
**2020/2021 LOCAL BUSINESS TAX RECEIPT**

**LBTR Number: 199911797**
**EXPIRES: SEPTEMBER 30, 2021**

This receipt grants the privilege of engaging in or managing any business profession or occupation within its jurisdiction and MUST be conspicuously displayed at the place of business and in such a manner as to be open to the view of the public.

Exhibit "B"

# ACORD® CERTIFICATE OF GARAGE INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 03/27/20 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: JEFF KERZER |
|---|---|
| JK PERSONAL SALES INC | PHONE (A/C, No, Ext): (954) 987-8797    FAX (A/C, No): (954) 967-6781 |
| 5820 Funston St | E-MAIL ADDRESS: jkpers@peoplepc.com |
| Hollywood, FL 33023 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC# |
|---|---|---|
| | INSURER A : HALLMARK SPECIALTY INSURANCE CO | |
| INSURED  AUCTION AMERICA INC | INSURER B : | |
| 1696 Old Okeechobee Road 2H | INSURER C : | |
| West Palm Beach, FL 33409 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES        PROD / CUSTOMER ID:

CERTIFICATE #:                        REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | | |
|---|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY** | | | | | | AUTO ONLY (Ea accident) | $ | 100,000 |
| | [X] ALL OWNED AUTOS   [ ] HIRED AUTOS ONLY | | | | | | | | |
| | [ ] NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | 76GA000109019 | 04/04/20 | 04/04/21 | OTHER THAN AUTO ONLY  EA ACCIDENT | $ | 100,000 |
| | [X] PIP $10,000 LIMIT | | | | | | AGGREGATE | $ | 100,000 |
| | **GARAGE KEEPERS LIABILITY** | | | | | | COMP/OTC  LOC | $ | |
| | [ ] LEGAL LIABILITY | | | | | | SPECIFIED PERILS  LOC | $ | |
| | [ ] DIRECT BASIS | | | | | | COLLISION  LOC | $ | |
| | [ ] PRIMARY  [ ] EXCESS | | | | | | LOC | $ | |
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ | |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ | |
| | [ ] CLAIMS-MADE  [ ] OCCUR | | | | | | MED EXP (Any one person) | $ | |
| | | | | | | | PERSONAL & ADV INJURY | $ | |
| | **GEN'L AGGREGATE LIMIT APPLIES PER:** | | | | | | GENERAL AGGREGATE | $ | |
| | [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ | |
| | [ ] OTHER: | | | | | | | $ | |
| | [ ] UMBRELLA LIAB  [ ] OCCUR | | | | | | EACH OCCURRENCE | $ | |
| | [ ] EXCESS LIAB  [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ | |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | N/A | | | | [ ] PER STATUTE  [ ] OTHER | | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  Y/N | | | | | | E.L. EACH ACCIDENT | $ | |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ | |
| | If yes, describe under REMARKS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ | |
| A | **U.M.** | | | 76GA000109019 | 04/04/20 | 04/04/21 | $ 20,000 | | |
| | **PHYSICAL DAMAGE** | | | 76GA000109019 | 04/04/20 | 04/04/21 | $ 100,000 | | |

REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

USED AUTO DEALER

5 DEALER TAGS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES 2900 APALACHEE PARKWAY NEIL KIRKMAN BLDG MS 65 RM A312 TALLAHASSEE, FL 32399 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

©2010, 2014 ACORD CORPORATION. All rights reserved.

ACORD 30 (2014/01)        The ACORD name and logo are registered marks of ACORD



**TRAVELERS**

Travelers Casualty and Surety Company of America

## CONTINUATION CERTIFICATE
## FIDELITY OR SURETY BONDS/POLICIES

License No. _____

In consideration of $500.00_____ dollars renewal premium, the term of Bond/Policy No. 106943053_____ in the

amount of $100,000.00_____. issued on behalf of **Auction American, Inc.**_____,

whose address is **1696 Old Okeechobee Rd., Ste. 2H, West Palm Beach, FL 33409**_____,

in favor of **United States of American - District of Florida**_____,

whose address is **Flagler Waterview Bldg., 1515 North Flagler Dr., 8th Foor, West Palm Beahc, FL 33401**_____,

in connection with **Bankruptcy Court Auction Performance Bond**____ is hereby extended to ____ **6/20/2021**____,

subject to all covenants and conditions of said bond/policy.

This certificate is designed to extend only the term of the bond/policy. It does not increase the amount which may be
payable thereunder. The aggregate liability of the Company under the said bond/policy together with this certificate shall
be exactly the same as, and no greater than it would have been, if the said bond/policy had originally been written to
expire on the date to which it is now being extended.

Signed, sealed and dated ____ **June 10, 2020**____    Auction American, Inc.

_____

**Travelers Casualty and Surety Company of America**

By: *Carolyn F. Smith*
    **Carolyn F. Smith**    Agency-in-Fact
                            HARTFORD,
                            CONN.

F-59-M (8/06)

 **TRAVELERS**

| Travelers Casualty and Surety Company of America |
|---|
| Travelers Casualty and Surety Company |
| St. Paul Fire and Marine Insurance Company |

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint  CAROLYN F SMITH                      of ATLANTA                      , Georgia                     , their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this 17th day of January, 2019.

  

State of Connecticut

By: _____
Robert L. Raney, Senior Vice President

City of Hartford ss.

On this the 17th day of January, 2019, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the 30th day of June, 2021

Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this  10th  day of  June       ,  2020  .

  

Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which this Power of Attorney is attached.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Robert Patrick Ruggeri,                    Case No.  21-11290-EPK
                                                  Chapter 7
                    Debtor.

_____/

### ORDER GRANTING TRUSTEE'S EX-PARTE APPLICATION TO EMPLOY AUCTIONEER RETROACTIVE TO MAY 18, 2021 (DE#28)

THIS MATTER came before the Court upon the *Ex-Parte* Application to Employ Auctioneer Retroactive to May 18, 2021 (DE#28) ("Application to Employ") filed by the Chapter 7 Trustee, Chad S. Paiva, pursuant to 11 U.S.C. §327(a), and Local Rule 6005-1, seeking the entry of an Order approving the employment of Auction America, Inc. subject to the terms and conditions set forth therein, relative to an online timed auction sale of a 2009 Yamaha XVS 950 motorcycle referenced in the Trustee's Application to Employ.  The Application to Employ was considered *ex-parte*, and the Court finds that no

*Exhibit "C"*

1

notice or hearing is necessary under the circumstances.  The Court having reviewed the Trustee's Application to Employ and the documents attached finds that Auction America, Inc. is disinterested as defined the in the Bankruptcy Code pursuant to the Affidavit of Auctioneer attached to the Application to Employ, finds that Auction America is properly bonded and insured, and further finds good cause to approve the retention and compensation of Auction America, Inc, pursuant to the terms and conditions stated in the Application to Employ.  Accordingly, the Court does

**ORDER** as follows:

1.      The Trustee's *Ex-Parte* Application to Employ Auctioneer Retroactive to May 18, 2021 (DE#28) is approved.

2.      The Trustee is authorized to employ Auction America, Inc. ("Auctioneer") retroactive to May 18, 2021 to liquidate by online timed auction sale the motorcycle described in the Application to Employ with compensation to be based on a 10% buyer's premium.   Expenses incurred by the Auctioneer with regard to the online timed auction sale of the motorcycle described in the Application to Employ shall be limited to $350.00.

3.      The Trustee shall serve this Order and the Notice of proposed auction sale on debtor, and all creditors and other interested parties in accordance with the applicable Bankruptcy Rules and Local Rules, and shall file a separate Certificate of Service.

4.      Upon completion of the online timed auction sale the Auctioneer shall file a report summarizing the results of the auction and stating the fees and expenses to be paid in accordance with this Order.  The report shall be served only on the Assistant U.S. Trustee, the Trustee and any other party that specifically requests a copy.  The Trustee is authorized to pay the Auctioneer's expenses without the necessity of further notice or

hearing unless any party in interest files an objection within fourteen (14) days from the

filing of the report.

### # #

Submitted by:
Chad S. Paiva, Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997

The Trustee shall serve a copy of this Order on parties required to receive a copy under
the applicable Bankruptcy Rules and Local Rules and shall file a separate Certificate of
Service.